**Robert E. O'NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40395.**

Missouri Court of Appeals, Western District.

Nov. 22, 1988.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).